Mr. OB. Marshall
 

 tíenrered thebpinion of tlie ■ ebttrt. The appellate jurisdiction of this, court, under the 25th section of the judiciary act, ch. 20. extends only, to
 
 final
 
 j udgment or decree of the highest courts Ojf law oí equity in the cases specified. This is nut a |jaal judgment of the supreme court of Pennsylvania. ' ’íhe cause-may yét be finally determined in favour of the plain# Sn the state, court;
 

 Writ of error xP . issed. .
 

 Jun.GMEN*. This cause came on to Be Beard on th? -transcript of the record of the supreme court of the commonwealth of Pennsylvania, for'the Lancaster district. OnNxáminatíon Whereof, it is adjudged! aiid Ordered, that the writ of error in this cause be and the same, is hereby dismissed, this- court not haw
 
 *435
 
 ing jurisdiction in said causs, there not having been a final judgment in said suit, in the said supreme court of the commonwealth of Pennsylvania.
 
 a
 

 a
 

 Costs, are not given wher e the writ of error is dismissed ' for want of jurisdiction. Inglee v. Coolidge, ante, vol. II. p. 368.